```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2019
```

# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

November 26, 2019

**Via ECF**

The Honorable Analisa Torres
United States District Court
 For the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Delacruz v. Bed Bath & Beyond Inc.*, No. 1:19-cv-09852-AT
          **Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Torres:

We represent defendant Bed Bath & Beyond Inc. ("Defendant") in the above-referenced action. Pursuant to Rules I(B) and I(C) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Emanuel Delacruz ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from December 4, 2019 to January 3, 2020. This is Defendant's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Defendant states that it recently has been engaged in this matter and needs time to become familiar with the relevant facts and allegations. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ *Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

GRANTED. By **January 3, 2020**, Defendant shall answer or otherwise respond to the complaint.

SO ORDERED.

Dated:  November 26, 2019
             New York, New York

_____
ANALISA TORRES
United States District Judge