```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/5/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL DELACRUZ, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiff,

-against-

BED BATH & BEYOND, INC,

        Defendant.

19 Civ. 9852 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties' joint motion for an extension of the fact discovery period, ECF No. 38, is GRANTED. All fact discovery shall be completed by **August 4, 2020**. All expert discovery shall be completed by **September 18, 2020**. The case management conference scheduled for May 26, 2020 is ADJOURNED to **August 27, 2020**, at **11:00 a.m.** On **August 20, 2020**, the parties shall submit a joint status report.

    The Clerk of Court is directed to terminate the motion at ECF No. 38.

    SO ORDERED.

Dated: May 5, 2020
       New York, New York

                                  ANALISA TORRES
                              United States District Judge