UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL DELACRUZ, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiff,

-against-

BED BATH & BEYOND, INC,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/22/2020
```

19 Civ. 9852 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties' joint request to stay this action pending resolution of appeals in other cases raising similar issues, ECF No. 40, is DENIED. The Clerk of Court is directed to terminate the motion at ECF No. 40.

    SO ORDERED.

Dated: July 22, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge